WILLIAM L. POMEROY et al., Appellants, *v.* ALFRED D. ISRAEL et al., Respondents.

(Argued April 18, 1883; decided May 1, 1883.)

*Rufus W. Peckham* for appellants.

*Samuel Hand* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

FLORA SAMUELS, Respondent, *v.* FREDERICK G. WEAVER, as Sheriff, etc., Appellant.

(Argued April 19, 1883; decided May 1, 1883.)

*C. D. Adams* for appellant.

*S. J. Barrows* for respondent

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE AMERICAN HOSIERY COMPANY, Appellant, *v.* THOMAS RILEY, as Sheriff, Respondent.

(Argued April 24, 1883; decided May 1, 1883.)

*Samuel Jones* for appellant

*Thomas E. Pearsall* for respondent

Agree to dismiss appeal; no opinion.
All concur, except MILLER, J., absent.
Appeal dismissed.